# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION
## CRIMINAL ACTION NO. 1:07CR-18-R

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**

**ARTHUR LEE BROWN**                                                 **DEFENDANT**

### MEMORANDUM AND ORDER

Defendant Arthur Lee Brown filed a *pro se* motion for modification of his sentence under 18 U.S.C. § 3582(c)(2) seeking a two-level reduction in his sentence based on the retroactive application of Amendment 706, effective November 1, 2007 (DN 70). The United States responded (DN 72). By Memorandum and Order entered October 9, 2009 (DN 77), the Court denied Brown's motion finding that he was sentenced on February 5, 2008, under the November 1, 2007, edition of the Guidelines Manual and, therefore, already received the benefit of Amendment 706 at sentencing. The Court further found that Amendment 715 (which revised the manner in which combined offense levels are determined in cases involving crack cocaine *and* one or more other controlled substances and which both became effective and was given retroactive effect after Brown's sentencing) does not apply to Brown as his criminal conviction involved crack cocaine *only*, not one or more other controlled substances. A review of the docket sheet reveals that the copy of the Court's Memorandum and Order sent to Brown was returned to the Court by the U.S. Postal Service (DN 78).

Brown has now filed a second *pro se* motion under 18 U.S.C. § 3582(c)(2) for sentence reduction based on the amendments to the U.S. Sentencing Guidelines with respect to crack-cocaine offenses (DN 79). For those same reasons the Court denied Brown's first motion for modification of his sentence under § 3582(c)(2), **IT IS ORDERED** that the second motion (DN 79) is **DENIED**.

The **Clerk of Court is DIRECTED to send Brown a copy** of the instant Memorandum and Order as well as a copy of the Court's Memorandum and Order dated October 9, 2009 (DN 77), denying his first motion.

Date:

cc:      Defendant Arthur Lee Brown, #09841-033, Low Security Correctional Institution,
            P.O. Box 999, Butner, NC 27509
            United States Attorney
4413.005